O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WILLIAMS, ) | NO. CV 14-3622-ODW (MAN) |
|        Petitioner, ) | |
| v. ) | JUDGMENT |
| E. VALENZUELA (WARDEN), ) | |
|        Respondent. ) | |

Pursuant to the Court's Order: Dismissing Petition As Second Or Successive; Denying A Certificate Of Appealability; And Referring Petition To Ninth Circuit Pursuant To Ninth Circuit Rule 22-3(a),

IT IS ADJUDGED that this action is dismissed without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATED: May 30, 2014

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE